IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01793-MSK-KLM

HOPE SCHWAB,

    Plaintiff,

v.

KIDS' FINANCIAL INC, d/b/a C.A.R. Finance,

    Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court pursuant to Plaintiff's Amended Motion to Compel Responses to Her First Set of Discovery Requests to Defendants [Docket No. 32, Filed October 15, 2007] ("Amended Motion to Compel"); and Plaintiff's Motion for Enlargement of Time to Complete Discovery [Docket No. 29, Filed September 28, 2007] ("Motion for Enlargement of Time"). Plaintiff filed an initial motion to compel on September 18, 2007 [Docket No. 26], but failed to attach the exhibits referenced therein. The Amended Motion to Compel was filed to correct that deficiency. Defendant filed a response to the Motion for Enlargement of Time on November 6, 2007 [Docket No. 40], wherein it informed the Court that a tentative agreement had been reached regarding the substance of Plaintiff's Amended Motion to Compel and that it had no objection to an enlargement of time to complete discovery of the documents at issue. Plaintiff filed a status report on November 15, 2007 [Docket No. 47], informing the Court that the agreement regarding the Amended Motion to Compel has now been finalized, with the exception of the issue pertaining to attorney fees.

    IT IS HEREBY **ORDERED** that the Amended Motion to Compel is **DENIED as moot**. The Court accepts the representation of Plaintiff's counsel, as an officer of the Court, that an agreement has been reached by the parties regarding production of the documents at issue in the Amended Motion to Compel.

    IT IS FURTHER **ORDERED** that the Motion for Enlargement of Time is **GRANTED**. The discovery deadline is extended until **November 16, 2007**, for the sole purpose of exchanging the documents which are the subject of the Motion for Enlargement of Time.

Dated: November 16, 2007