IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01793-PAB-KLM

HOPE SCHWAB,

    Plaintiff,

v.

KIDS' FINANCIAL INC.,

    Defendant.

_____

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**
_____

    IT IS ORDERED that counsel for the plaintiff shall retain custody of the exhibits until such time as any need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED February 4, 2009.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge