# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: September 17, 2009  
Time: 26 minutes

**CASE NO.  06-cv-01793-PAB-KLM**

<u>Parties</u>

**HOPE SCHWAB,**

Plaintiff (s),

vs.

**KIDS' FINANCIAL, INC.,**

Defendant (s).

<u>Counsel</u>

Richard Wynkoop

Timothy Nemechek

## MOTION HEARING

**1:34 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

**Plaintiff's Motion for Attorney Fees (Doc #97), filed 2/13/09.**

Court addresses defendant's objection on the issue of costs.

Mr. Wynkoop requests additional costs that were incurred post-trial.

Page Two
06-cv-01793-PAB-KLM
September 17, 2009

Mr. Nemechek objects because that issue in not before the Court.

Court addresses attorney fees.

Comments by Nemenchek.

Comments by Mr. Wynkoop.

Court states its findings.

**ORDERED:** Plaintiff's Motion for Attorney Fees (Doc #97), filed 2/13/09 is **GRANTED.** Plaintiff is awarded costs in the amount of **$375.00** and attorney fees in the amount of **$40,415.00.**

**ORDERED:** Defendant's Motion for Protective Order (Doc #109), filed 7/9/09 is **DENIED as MOOT**.

**ORDERED:** Counsel shall meet and confer to attempt to resolve post trial costs and if unable to resolve, plaintiff may file her supplemental motion by **October 1, 2009.**

**2:00 p.m.    COURT IN RECESS**

**Total in court time:    26 minutes**

**Hearing concluded**