**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

**Civil Action No.: 06-cv-01793-PAB-KLM**     FTR - Reporter Deck - Courtroom C-204
                                              Byron G. Rogers United States Courthouse
**Date: December 29, 2009**                   Courtroom Deputy, Kathleen Finney

_____

HOPE   SCHWAB,                                Richard B.  Wynkoop

    **Plaintiff(s),**

v.

KIDS' FINANCIAL, INC.,                        Timothy L.  Nemechek
  d/b/a C.A.R. Finance,

    **Defendant(s).**
_____
**COURTROOM   MINUTES  /  MINUTE   ORDER**
_____

**HEARING:   MOTIONS HEARING**
**Court in Session: 9:01 a.m.**
Court calls case.   Appearance of counsel.

Motions Hearing is held regarding:

- Defendants Unopposed Motion Requesting Permission to Deposit Money with the Registry of the Court  [Docket No. 125, filed 11/06/2009],
- Judgment Creditor's Motion for Issuance of Order to Show Cause  [Docket No. 126, filed 12/09/2009],
- Defendant's Motion to Quash Subpoena [Docket No. 129, filed 12/16/2009], and
- Judgment Creditor's Motion for Issuance of Order to Show Cause  [Docket No. 132, filed 12/24/2009].

Statements by counsel.

For reasons stated on the record, **It is ORDERED:**

- Plaintiff's oral Motion to Withdraw Post-Judgment Interrogatories and Subpoena *Duces Tecum* is **GRANTED**.

- Defendant's Unopposed Motion Requesting Permission to Deposit Money with the Registry of the Court [Doc. No. 125] is **GRANTED IN PART and DENIED WITHOUT PREJUDICE IN PART.**

- Judgment Creditor's Motion for Issuance of Order to Show Cause [Docket No. 126], Defendant's Motion to Quash Subpoena [Docket No. 129], and Judgment Creditor's Motion for Issuance of Order to Show Cause [Docket No. 132] are **DENIED AS MOOT**.

- Defendant shall pay $4,177.87 into the Registry of the Court **on or before December 31, 2009.**

- Defendant shall file Supersedeas Bond and a Motion to Approve Bond in this Court **on or before January 8, 2010.**

- All post-judgment discovery is **STAYED** until ruling on the Motion to Approve Supersedeas Bond.

HEARING CONCLUDES.

**Court in recess: 9:13 a.m.**
Total In-Court Time:   00:12

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.