IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-01793-PAB-KLM

HOPE SCHWAB,

    Plaintiff,

v.

KIDS' FINANCIAL INC.,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court on the Stipulated Motion for Release of Funds From Registry, Motion to Vacate Order Awarding Attorney's Fees and Costs and Motion to Withdraw Request for Supplemental Award of Attorney Fees [Docket No. 149]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the motion [Docket No. 149] is GRANTED. It is further

ORDERED as follows:

1. Payment shall be made to plaintiff Hope Schwab from the Court Registry in the amount of $4,177.87, plus interest, less the registry fee assessment.

2. The Order entered September 17, 2009 [Docket No. 118] is VACATED to the extent that it awards plaintiff costs in the amount of $375.00 and attorney fees in the amount of $40,415.00.

3. Plaintiff's Supplemental Motion for Attorneys Fees and Costs [Docket No. 120] is deemed withdrawn.

DATED March 12, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge